In the Matter of the Estate of ALEXANDER V. BELL, Deceased. WILHELMINA BELL, Appellant; SALLIE BELL, Respondent.— Decree unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Callahan, Van Voorhis and Breitel, JJ.

■

SOLOMON BERNSTEIN, Appellant, v. L. & H. MEAT CO., INC., Defendant, and FOOD FAIR STORES, INC., Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Callahan, Van Voorhis and Breitel, JJ.

■

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOSEPH WOLOSKY, Appellant, against THOMAS McDONNELL, as Warden of the Penitentiary of the City of New York, Respondent.— Order unanimously affirmed. No opinion. Present — Peck, P. J., Cohn, Callahan and Van Voorhis, JJ.

■

LARCHMONT HEATING & PLUMBING SUPPLY CO., INC., Respondent, v. JOSEPH PELLEGRINI, Appellant, et al., Defendants.— Judgment unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Callahan, Van Voorhis and Breitel, JJ.

■

JOSEPH AVERY et al., Appellants, v. WILLIAM O'DWYER et al., Individually and on Behalf of the City of New York, Respondents.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals on a certified question granted. Settle order on notice. Present — Peck, P. J., Dore, Cohn and Callahan, JJ. [See ante, p. 766.]

■

In the Matter of BLACKPORT ESTATES, INC., Appellant, against JOSEPH D. McGOLDRICK, as State Rent Administrator, Respondent, and KURT A. ADLER, et al., Interveners, Respondents.— Motion for reargument denied, with $10 costs. Present — Peck, P. J., Dore, Cohn and Callahan, JJ. [See ante, p. 329.]

■

In the Matter of the CITY OF NEW YORK, Respondent, Acting for and on Behalf of the New York City Housing Authority, Relative to Acquiring Title to Real Property within the Area Bounded by Pearl and Other Streets, Borough of Manhattan, Selected as a Site for Housing Project, Known as GOV. ALFRED E. SMITH HOUSES. ROSE F. GOLDEN et al., Appellants.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Peck, P. J., Glennon, Dore, Cohn and Callahan, JJ. [See 279 App. Div. 1001.]

■

WEYLIN HOTEL CORPORATION, Appellant, v. LOUIS R. RITTER et al., Respondents, et al., Defendants.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Peck, P. J., Dore, Callahan and Bergan, JJ. [See ante, p. 785.]